KRISTEN T. GALLAGHER(NSBN 9561)
AMANDA M. PERACH (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRENTON WALKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, AND JOHN DOES 1-25<br><br>Defendants. | Case No.: 2:19-cv-00334-APG-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and 7-1, defendant Portfolio Recovery Associates, LLC ("PRA") and plaintiff Trenton Walker ("Walker"), hereby stipulate, agree and respectfully request that the Court extend the deadline for PRA to answer or otherwise respond to Walker's Complaint (ECF No. 1) from April 3, 2019 to April 17, 2019. PRA has requested additional time to respond to the Complaint as counsel has just recently been retained and Walker does not object.

…

…

…

…

…

…

…

The request is not for purposes of delay. This is the first request by the parties.

DATED this 1st day of April, 2019.

| McDONALD CARANO LLP | THE LAW OFFICES OF ROBERT M. TZALL |
|---|---|
| By: /s/ *Kristen T. Gallagher* <br> Kristen T. Gallagher (NSBN 9561) <br> Amanda M. Perach (NSBN 12399) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> Telephone: (702) 873-4100 <br> kgallagher@mcdonaldcarano.com <br> aperach@mcdonaldcarano.com <br><br> *Attorneys for Defendant Portfolio Recovery Associates, LLC* | By: /s/ *Robert M. Tzall* <br> Robert M. Tzall (NSBN 13412) <br> 7735 Commercial Way, Suite 100 <br> Henderson, NV 89011 <br> Telephone: (702) 666-0233 <br> robert@tzalllegal.com <br><br> *Attorney for Plaintiff Trenton Walker* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 3, 2019