Kristen T. Gallagher, Esq. (NSBN 9561)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRENTON WALKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, AND JOHN DOES 1-25<br><br>Defendants. | Case No.: 2:19-cv-00334-APG-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Pursuant to Local Rules IA 6-1 and 7-1, defendant Portfolio Recovery Associates, LLC ("PRA") and plaintiff Trenton Walker ("Walker"), hereby stipulate, agree and respectfully request that the Court extend the deadline for PRA to answer or otherwise respond to Walker's Complaint (ECF No. 1) from April 17, 2019 to May 1, 2019. PRA has requested additional time to respond to the Complaint to allow counsel for PRA to consider a settlement proposal and to begin preparing a response to the Complaint.

…

…

…

…

…

…

The request is not for purposes of delay. This is the second request by the parties.

DATED this 17th day of April, 2019.

| | |
|---|---|
| McDONALD CARANO LLP | THE LAW OFFICES OF ROBERT M. TZALL |
| By: /s/ *Amanda M. Perach* <br> Kristen T. Gallagher (NSBN 9561) <br> Amanda M. Perach (NSBN 12399) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> kgallagher@mcdonaldcarano.com <br> aperach@mcdonaldcarano.com <br><br> *Attorneys for Defendant Portfolio Recovery Associates, LLC* | By: /s/ *Robert M. Tzall* <br> Robert M. Tzall (NSBN 13412) <br> 7735 Commercial Way, Suite 100 <br> Henderson, Nevada 89011 <br> robert@tzalllegal.com <br><br> *Attorney for Plaintiff Trenton Walker* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 17, 2019

4811-7639-0288, v. 1